USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2014

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
BIG VISION PRIVATE LTD.,

                                    Plaintiff,

                    -against-

E.I. DUPONT DE NEMOURS & CO.,
                                    Defendant.
---------------------------------------------------------X

11 **CIVIL** 8511 (KPF)

**JUDGMENT**

 

        Pending before the Court is DuPont's motion for summary judgment, and the matter having

come before the Honorable Katherine Polk Failla, United States District Judge, and the Court, on

February 10, 2014, having rendered its Opinion and Order granting Defendant's motion for

summary judgment, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Opinion and Order dated February 10, 2014, Defendant's motion for summary judgment is

granted.

**Dated:** New York, New York
        March 4, 2014

                                        **RUBY J. KRAJICK**

                                        Clerk of Court

                    **BY:**

                                        Deputy Clerk

                    THIS DOCUMENT WAS ENTERED
                    ON THE DOCKET ON _____